IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP BRYANT**                                                                                   **PLAINTIFF**

v.                                    **CASE NO. 4:24-CV-00186-BSM**

**NORTH AMERICAN SECURITY, INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE